**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Mr. McBRIDE, d/b/a McBride's Shell Service and/or Action Super Shell,**
**Defendant-Appellant.**

**No. 7-8.**

Temporary Emergency Court of Appeals.

June 19, 1974.

W. Mauldin Smith, W. Mauldin Smith & Associates, Chicago, Ill., for defendant-appellant.

Jack Wesoky, Asst. U. S. Atty., Chicago, Ill., for plaintiff-appellee.

Before ANDERSON, VAN OOSTERHOUT and HASTINGS, Judges.

## ORDER OF AFFIRMANCE UNDER RULE 28

ROBERT P. ANDERSON, Judge.

The court having considered the record and briefs on this appeal and having found no reversible error in the decision of the District Court, the judgment is affirmed.